**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 03-1405**

─────────

ROBERT HAYES,

Plaintiff - Appellant,

versus

BUREAU OF INDIAN AFFAIRS, Deputy
Commissioners; HARFORD COUNTY, land and
property and deeds; UNITED STATES DEPARTMENT
OF EDUCATION,

Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-03-
498-AMD)

─────────

Submitted: May 15, 2003          Decided: May 22, 2003

─────────

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Robert Hayes, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Hayes appeals the district court's order dismissing his complaint seeking reparations for failure to state a claim. We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Hayes v. Bureau of Indian Affairs, No. CA-03-498-AMD (D. Md. Mar. 3, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED